U.S. District Judge Robert S. Lasnik
U.S. Magistrate Judge Mary Alice Theiler

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

YSAIAS **QUEZADA** - BUCIO
(Agency # A90-633-495),

                Petitioner,

v.

MICHAEL CHERTOFF, Secretary of Homeland Security; and ALBERTO R. GONZALES, Attorney General of the United States,

                Respondents.

Case No. CV-03-3668-RSL-MAT

[~~PROPOSED~~] ORDER GRANTING GOVERNMENT'S UNOPPOSED MOTION TO EXTEND DATES AND RE-NOTE MOTION FOR FEES

    The Respondents having moved for an extension of time to respond to Petitioner's motion for attorney fees under the Equal Access to Justice Act, and counsel having avowed that the motion is unopposed, and good cause having been shown,

    IT IS HEREBY ORDERED that the motion is GRANTED. Respondents shall respond to the EAJA motion by December 27, 2006; and the EAJA motion shall be RE-NOTED for submission on the motion calendar on January 5, 2007. The Clerk is directed to send copies of this Order to all counsel of record.

    DATED this <u>5th</u> day of December, 2006.

                                    s/ Mary Alice Theiler
                                    United States Magistrate Judge

Presented by:
*/s/ Christopher L. Pickrell, AUSA*
WSBA # 12787
Attorney for Respondents

ORDER EXTENDING DATES AND
RE-NOTING MOTION FOR ATTORNEY FEES
(CV-03-3668-RSL-MAT)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-1271
(206) 553-7970