Judge Lasnik
Magistrate Judge Theiler

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE, WASHINGTON

| | |
|---|---|
| Ysaias QUEZADA-BUCIO<br>Petitioner<br><br>vs.<br><br>Michael CHERTOFF, Secretary of Department of Homeland Security;<br>Alberto GONZALES, Attorney General<br>Respondents | Case No. 03-3668L<br><br>ORDER RE<br>BRIEFING SCHEDULE |

The parties having so stipulated, this court orders that this matter be subject to the briefing schedule agreed to by the parties:

February 2, 2007   Petitioner's Reply to Government's Opposition to Attorneys' Fees will be filed

February 2, 2007   Case noted for consideration

DATED this <u>18th</u> day of January, 2007.

*/s/ Mary Alice Theiler*
Mary Alice Theiler
United States Magistrate Judge

ORDER – 1