1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT
                          WESTERN DISTRICT OF WASHINGTON
9                                    AT SEATTLE

10   YSAIAS QUEZADA-BUCIO,                    )
                                             )
11              Petitioner,                   )     CASE NO. C03-3668RSL
                                             )
12        v.                                  )
                                             )
13   MICHAEL CHERTOFF, *et al.,*              )     ORDER DENYING PETITIONER'S
                                             )     MOTION FOR ATTORNEYS' FEES
14              Respondents                   )     UNDER 28 U.S.C. § 2412 (EAJA)
                                             )
15   _____ )

16        The Court, having reviewed petitioner's motion for attorney's fees, respondents'

17   response, the Report and Recommendation of the Honorable Mary Alice Theiler, United States

18   Magistrate Judge, and any objections or responses to that, and the remaining record, finds and

19   Orders as follows:

20        (1)    The Court adopts the Report and Recommendation.

21        (2)    The Court finds that respondents' position was substantially justified as defined by

22               the Equal Access to Justice Act, 28 U.S. § 2412.

23        (3)    Petitioner's Motion for Attorney's Fees, Dkt. #25, is DENIED.

24   / / /

25   / / /

26
     ORDER
     PAGE – 1

1    (4)    The Clerk shall send a copy of this Order to all counsel of record,

2           and to the Honorable Mary Alice Theiler.

3    DATED this 7th day of May, 2007.

4

5

6                                        Robert S. Lasnik
                                         United States District Judge
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ORDER
PAGE – 2